**CAMPBELL & COOMBS, P.C.**
1811 South Alma School, Suite 225
Mesa, Arizona 85210
Telephone: (480) 839-4828
Facsimile: (480) 897-1461

Harold E. Campbell, Esq.
State Bar No. 005160
Vincent R. Mayr, Esq.
State Bar No. 013954
Attorneys for Debtor
vincent@haroldcampbell.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ETHEL ROSE HARRIS,<br><br>　　Debtor. | Chapter 13 Proceeding<br><br>Case No. 2:13-bk-01104-RJH |
| JETHEL ROSE HARRIS,<br><br>　　Movant,<br><br>vs.<br><br>Jackson White P.C.,<br><br>　　Respondent. | |

**MOTION FOR SANCTIONS UNDER 11 U.S.C. § 362(k)**

Debtor respectfully represents:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(c)(1) and 11 U.S.C. § 105(a).

2. This matter is filed pursuant to Bankruptcy Rule 9014.

3. On January 25, 2013, Debtor filed this case as a Chapter 13 bankruptcy.

4. Debtor listed Jackson White P.C. on Schedule F for its wholly unsecured claim for a personal debt (attorneys fees and costs) and set forth the claim as a "disputed claim".

5. Jackson White P.C. was notified of Debtor's Chapter 13 Bankruptcy filing in the normal course through the Bankruptcy Noticing Center. (See Docket Items No. 4. And No. 7 in the administrative case - said docket items are hereby incorporated by reference as if fully set forth herein.).

6. After the filing of this case, Respondent, Jackson White P.C., has repeatedly contacted the Debtor through multiple billings to her home address. The most recent billings are set forth as Exhibit "A" hereto.

7. Jackson White P.C. is a law firm in Mesa, Arizona which practices in various areas of law, including bankruptcy.

8. On April 1, 2013 Jackson White P.C. filed an objection to the debtor's chapter 13 plan. (See docket item no. 25 in the administrative case – said docket item is hereby incorporated by reference as if fully set forth herein.)

9. The hearing on objection to debtor's chapter 13 plan was set and, on May 16, 2013 undersigned counsel and attorney Roger R. Foote, Esq., of Jackson White, P.C. agreed to continue the confirmation hearing.

10. On June 4, 2013, attorney Bradley Weech of Jackson White PC filed Proof of Claim 9 and Amended Proof of Claim 9 on the Claims Register in this Case. (Said claims are hereby incorporated by reference as if fully set forth herein.)

11. On June 13, 2013, at docket item no. 37, attorney Bradley L. Weech of Jackson White P.C. filed a stipulation for substitution of counsel in the administrative case. (Said docket item is hereby incorporated by reference as if fully set forth herein.)

12. On June 17, 2013, attorney Ben Skinner of Jackson White P.C. appeared in court to represent Jackson White P.C. in the plan confirmation/objection hearing. (See docket item no. 25, a minute entry in the administrative case – said docket item is hereby incorporated by reference as if fully set forth herein.)

13. Prior to the filing of this bankruptcy case, Jackson White P.C. was very aggressive at collecting from the debtor. They called her, they billed her, and they filed a State Court Lawsuit against her.

14. After the filing of the bankruptcy herein, Jackson White P.C. has been very aggressive in exerting its legal rights. It has objected to her chapter 13 plan. It has filed a proof of claim and an amended proof of claim. Its representatives have communicated with representatives of debtor's law firm.

15. The actions of Jackson White P.C. as described in paragraph 6. above are contrary to and in violation of 11 U.S.C. §362(a)(3) and (a)(6) in that they are an act to collect a pre-petition debt.

16. The facts set forth in paragraph 4. through 12. above demonstrate that Respondent was aware of the above captioned bankruptcy, and that Respondent is sophisticated in the bankruptcy arena.

17. Respondent has wilfully disregarded the provisions of 11 U.S.C. § 362.

18. Due to Respondent's actions, Debtor has suffered damages in an amount to be proven at hearing or trial.

19. Respondent's actions herein, were wanton, wilful and outrageous, thereby entitling Debtor to an award of punitive damages in an amount of not less than $10,000.00 in order to deter such wilful conduct in the future.

20. Debtor is entitled to an award of their reasonable costs and attorney's fees incurred in the bringing of this action, and the prosecution thereof. (11 U.S.C. § 362(k))

WHEREFORE, Debtor moves this Court as follows:

1. For an award of damages against Respondent in favor of Debtor in an amount to be determined at trial plus Debtor's reasonable costs and attorney's fees incurred herein.

2. For an award of punitive damages against Respondent in favor of Debtor in an amount not less than TEN THOUSAND DOLLARS ($10,000.00).

3. For such further relief as the Court deems just and proper.

DATED: July 1, 2013

                    CAMPBELL & COOMBS, P.C.

                    By /s/ VRM 013954
                        Vincent R. Mayr, Esq.
                        Attorney for Debtor/Movant

Original filed ECF and copy
mailed this 1st day of July, 2013 to:
:::::

::::::

Edward J. Maney, Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

and

Jackson White P.C.
C/O BRADLEY D. WEECH
40 N CENTER STREET, SUITE 200
MESA, AZ 85201

and

RICHARD A. WHITE
STATUTORY AGENT FOR
Jackson White P.C.
40 N CENTER STREET, SUITE 200
MESA, AZ 85201

and

BEN SKINNER, ESQ.
JACKSON WHITE P.C.
40 N CENTER STREET, SUITE 200
MESA, AZ 85201

DATED this 1st day of July, 2013.

          CAMPBELL & COOMBS, P.C.

          By: /s/ VRM 013954
              Vincent R. Mayr, Esq.
              Attorney for Debtor/Movant

# EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A- EXHIBIT -A-

**ETHEL HARRIS**
19609 S. Greenfield Rd.
(480) 279-4175
nikkengirl21@gmail.com

6/28/2013

# Fax

| | |
|---|---|
| TO: Vincent Mayr | FROM: Ethel Harris |
| CAMPBELL & COOMBS, P.C. | PAGES: 4 |
| FAX: (480)897-1461 | FAX: (480) 279-5508 |
| PHONE: (480)839-4828 | PHONE: (480)279-4175 |

CC: [Type text]
RE: Jackson White Bills

**COMMENTS:**

Second time they billed us since we notified them of the bankruptcy.

☐ Urgent
☐ Please review
☐ Please comment
☒ For your records



# JacksonWhite
## ATTORNEYS AT LAW
*A Professional Corporation*

Jackson White P.C.
40 N. Center St., Suite 200
Mesa, AZ 85201
(480) 464-1111
Fed Tax ID: 86-0414068

Gravel Enterprises, Inc.
Ms. Ethel Harris
HOLD BILLINGS
19609 South Greenfield
Gilbert, AZ 85297

Statement No: 159879
Statement Date: 6/27/2013
Client: Harris, Ethel
Mirbahari, Ali

*Statement for Services Rendered through 5/31/2013 for Matter ID 17468-001*

Please reference Matter ID 17468-001 on your return payment.
DO NOT return the statement. This is for your records.

| | |
|---|---:|
| Total Fees and Expenses: | 0.00 |
| Previous Balance Due: | 13,296.55 |
| Total Payments: | 0.00 |
| Total Interest: | 12.54 |
| **Total Now Due:** | **$13,309.09** |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total Due |
|---|---|---|---|---|
| 12.54 | 12.54 | 12.54 | 13,271.47 | 13,309.09 |



# JACKSONWHITE
## ATTORNEYS AT LAW
*A Professional Corporation*

Jackson White P.C.
40 N. Center St., Suite 200
Mesa, AZ 85201
(480) 464-1111
Fed Tax ID: 86-0414068

Ms. Ethel Harris
19609 South Greenfield Road
Gilbert, AZ 85297

Statement No: 159880
Statement Date: 6/27/2013
Client: Harris, Ethel
State of Arizona

*Statement for Services Rendered through 5/31/2013 for Matter ID 17468-002*

| | |
|---|---:|
| Total Fees and Expenses: | 0.00 |
| Previous Balance Due: | 4,300.50 |
| Total Payments: | 0.00 |
| Total Interest: | 34.60 |
| **Total Now Due:** | **$4,335.10** |

Please reference Matter ID 17468-002 on your return payment.
DO NOT return the statement. This is for your records.

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total Due |
|---|---|---|---|---|
| 34.60 | 34.60 | 34.60 | 4,231.30 | 4,335.10 |



## JACKSONWHITE
### ATTORNEYS AT LAW
*A Professional Corporation*

Jackson White P.C.
40 N. Center St., Suite 200
Mesa, AZ 85201
(480) 464-1111
Fed Tax ID: 86-0414068

Ms. Ethel Harris
19609 South Greenfield Road
Gilbert, AZ 85297

Statement No: 159881
Statement Date: 6/27/2013
Client: Harris, Ethel
Mirbahari, Ali (AAA)

*Statement for Services Rendered through 5/31/2013 for Matter ID 17468-003*

Please reference Matter ID 17468-003 on your return payment.
DO NOT return the statement. This is for your records.

| | |
|---|---:|
| Total Fees and Expenses: | 0.00 |
| Previous Balance Due: | 44,604.01 |
| Total Payments: | 0.00 |
| Total Interest: | 286.14 |
| **Total Now Due:** | **$44,890.15** |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total Due |
|---|---|---|---|---|
| 286.14 | 286.14 | 286.14 | 44,031.73 | 44,890.15 |

# JACKSONWHITE
## ATTORNEYS AT LAW
*A Professional Corporation*

## Now Accepts

# VISA, MasterCard, Discover & American Express

To charge your legal services to your VISA, MasterCard, Discover Card or American Express, please fill out the information below and return it to:

JacksonWhite
Attention: Tina S. Sigrist
40 North Center Street, Suite 200
Mesa, Arizona 85201
Telephone: 480-464-1111 -- Fax: 480-467-4212

**ALL FIELDS MUST BE COMPLETED FOR PROCESSING**

Name: _____

Client/Matter #: _____

Address: _____
_____
_____

Telephone: _____

Card Number: _____ Verification Code: _____
(Last 3 digits on the back of your card near the signature line)

Expiration Date: _____

Amount: _____

Signature: _____

☐ VISA  ☐ MasterCard  ☐ Discover Card  ☐ American Express