IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: July 8, 2013

*Randolph J. Haines*

**Randolph J. Haines, Chief Bankruptcy Judge**
_____

_____
**(SPACE ABOVE THIS LINE FOR COURT USE ONLY)**

**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
Telephone - (480) 839-4828
Facsimile - (480) 897-1461

Harold E. Campbell, Esq.
State Bar No. 005160
Vincent R. Mayr, Esq.
State Bar No. 013954
Attorney for Debtor
Vincent@haroldcampbell.com

**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA**

| In re:<br>ETHEL ROSE HARRIS,<br><br>  Debtor | In Proceedings Under Chapter 13<br><br>Case No. 2:13-bk-01104-RJH |
|---|---|

**ORDER REGARDING DISSOCIATION OF COUNSEL**

Whereas counsel for the debtor has filed a Notice of Dissociation of Counsel relating to attorney Maureen N. McAuliffe, indicating that she has left the firm of Campbell and Coombs, P.C. The document further represents that Campbell & Coombs, P.C. is the firm representing the debtor, not Lawrence Law Offices, PLLC and Lawrence Law Offices, PLLC. has never represented the

debtor in this case.

Counsel for the debtor having requested that Maureen N. McAuliffe and Lawrence Law Offices, PLLC be removed from the representation of debtor listed on the court docket.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall update the court docket and the ECF system to remove Maureen N. McAauliffe and Lawrence Law Offices, PLLC from the representation of debtor listed therein.

SO ORDERED the date indicated above, but the Judge whose signature is set forth above.