**JACKSONWHITE**
**ATTORNEYS AT LAW**
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Attorneys for Creditor Jackson White, P.C.
By: Bradley D. Weech, No. 011135, bweech@jacksonwhitelaw.com
Roger R. Foote, No. 011483, rfoote@jacksonwhitelaw.com
centraldocket@jacksonwhitelaw.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Ethel Rose Harris,<br><br>   Debtor. | No. 2:13-bk-01104-RJH<br><br>**Chapter 13 Proceedings**<br><br>**RESPONSE TO MOTION FOR SANCTIONS AGAINST JACKSON WHITE**<br><br>Assigned to: Honorable Randolph J. Haines |

Jackson White, P.C., a creditor in the above-captioned case, responds to the Motion for Sanctions as follows.

1. Jackson White admits paragraph one of the Motion.

2. Jackson White admits paragraph two of the Motion.

3. Jackson White admits paragraph three of the Motion.

4. In answering paragraph four of the Motion, Jackson White admits it is a creditor but denies it is wholly unsecured.

5. Jackson White admits paragraph five of the Motion.

6. Jackson White admits that billings on files have been sent to the address of the Debtor post-petition; however, the billings are for three debtors, and only one is in bankruptcy. The Debtor was the contact point for the other debtor entities and has been so designated for over six years.

7. Jackson White admits paragraph seven of the Motion, however, asserts the attorney who was handling this particular bankruptcy matter left the firm of Jackson White.

8. Jackson White admits paragraph eight of the Motion.

9. Jackson White admits paragraph nine of the Motion.

10. Jackson White admits paragraph ten of the Motion. The debt is not a consumer debt, but a business debt.

11. Jackson White admits paragraph eleven of the Motion.

12. Jackson White admits paragraph twelve of the Motion.

13. In answering Paragraph 13 of the Motion, Jackson White denies it was very aggressive in attempting to collect on a debt that existed since 2006 and alleges the suit was brought in 2012 against the Debtor and two entities, because otherwise the debt would have been barred by the statute of limitations. The actual facts demonstrate that Jackson White was anything but aggressive in attempting to collect the debt.

14. Jackson White denies that it has been "very aggressive" in this case, as the record as recited in paragraphs fourteen and the Stipulation to Continue as specified in paragraphs nine so demonstrate. Communicating with representatives of Debtors law firm is clearly proper and encouraged.

15. Jackson White denies paragraph fifteen, in that the debt is that of the Debtor and related corporate entities and the Debtor is the contact point for the debt of the related corporate entities. See, Debtor's Exhibit 1 and proof of claim and judgment attached to Response to Objection for Proof of Claim. The failure to include the known fact on each of the three invoices was inadvertent.

16. Jackson White admits paragraph sixteen of the Motion.

17. Jackson White denies paragraph seventeen of the Motion. There is not any evidence, nor any claim, that demonstrates any "willful" violation of the automatic stay.

18. Jackson White denies paragraph eighteen of the Motion.

19. Jackson White denies paragraph nineteen of the Motion.

20. Jackson White denies paragraph twenty of the Motion.

Wherefore, Jackson White requests the court:

A. Deny the Motion in its entirety upon finding in favor of Jackson White.

B. Deny any claim for damages, punitive or otherwise; and

C. For such other and further relief as the court deems just and proper.

DATED this 8th day of July, 2013.

JACKSON WHITE, P.C.

/s/ Roger R. Foote
Attorneys for Creditor Jackson White, P.C.
By: Bradley D. Weech, No. 011135
    Roger R. Foote, No. 011483

Original filed ECF and copy
mailed this 8th day of July, 2013 to:

Campbell & Coombs, P.C.
Vincent R. Mayer, Esq.
1811 South Alma School Road, Suite 225
Mesa Arizona 85210

Edward J. Maney, Trustee
101 North First Ave, Suite 1775
Phoenix, Arizona 85203

/s/ Miranda Allen
10497-1045\620123.docm